

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ORTIZ,<br><br>Defendant. | Case No. CR 14-684-CAS<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On March 6, 2019, Defendant made his initial appearance following his arrest on the petition for revocation of supervised and warrant for arrest issued on December 6, 2018. John Targowski, a member of the Indigent Defense Panel, was appointed to represent Defendant; Amy Fan specially appeared for Mr. Targowski. Defendant submitted on the recommendation of detention issued by Pretrial Services.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition, lack of viable bail resources and unverified background information.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition include possession of drug paraphernalia and burglary tools

☒ criminal history includes prior violations of supervised release

## III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: March 6, 2019

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE