# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> LUIS FERNANDO ORTIZ, ) <br> Defendant. ) <br> _____ ) | CASE NO. CR14-684-CAS - 24 <br><br> FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On March 18, 2019, this matter came before the Court on Petition on Probation and Supervised Release originally filed on December 6, 2018. Government counsel, Christopher Kendall, the defendant and his appointed CJA attorney, John Targowski, were present. The U.S. Probation Officer, Mahogany Thomas, was also present.

The defendant admits the allegations, in violation of his supervised release, as stated in the Petition filed on December 6, 2018. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on May 8, 2017.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of five (5) months. Upon release from imprisonment, defendant shall be released directly to a representative of the designated inpatient facility. Further, upon release from imprisonment, defendant shall be placed on supervised release

///

for a period of eighteen (18) months, under the same terms and conditions previously imposed, with the amended condition, as follows:

- The defendant shall comply with General Order No. 18-10.

Defendant is informed of his right to appeal.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   March 20, 2019

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By:   /S/
_____
Catherine M. Jeang,  Deputy Clerk