O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>LUIS ORTIZ,<br>　　　　Defendant. | CASE NO. CR14-684-CAS-24<br><br>ORDER RE RESIDENTIAL DRUG TREATMENT PROGRAM |

On November 26, 2019, this matter came before the Court on Petition on Probation and Supervised Release originally filed on August 7, 2019. Government counsel, Lindsay Bailey, the defendant and his appointed attorney, John Targowski, were present. The U.S. Probation Supervisor, Mahogany Thomas, was also present. On September 16, 2019, the defendant admitted to the violation of his supervised release as stated in the petition filed August 7, 2019. The Court Orders the following new condition:

- The Offender shall reside at, participate in and successfully complete a six month residential drug treatment and counseling program approved by the U.S. Probation Office, that includes urinalysis, breath/and or sweat patch testing, for treatment of narcotic addiction or drug dependency; and the offender shall observe the rules of that facility.

1 | The defendant is released to the custody of the United States Probation Officer,
2 | Release No. 13328.

DATED: November 26, 2019

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE